SAMUEL T. ENGLE et al., legatees &c., appellants,

*v.*

HENRY DARNELL, guardian of Joshua W. Hurley, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Darnell* v. *Buzby, 5 Dick. Ch. Rep. 725.*

*Mr. Eckard P. Budd,* for the appellants.

*Mr. Jerome B. Grigg* and *Mr. Samuel H. Grey,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—DEPUE, GARRISON, LIPPINCOTT, REED, VAN SYCKEL, BROWN, KRUEGER—7.

*For reversal*—DIXON, BOGERT—2.